# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CYNTHIA MEZA; CHRISTOPHER MEZA; and DORA HERNANDEZ,

Plaintiffs,

v.

CITY OF SAN GABRIEL; NORI SMITH; JASSON RIOS-VEGA; and DOES 3 through 10, inclusive,

Defendants.

Case No. 2:24-cv-09212-AH-PVCx

*Hon. District Judge Anne Hwang*
*Hon. Mag. Judge Pedro V. Castillo*

**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS   [155] [JS-6]**

//

//

1

**[ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Based upon the Parties' Joint Stipulation of Dismissal, the Action of *Cynthia Meza, et al. v. City San Gabriel, et al.*, USDC Case No. **2:24-cv-09212-AH-PVC**, is hereby **Dismissed with Prejudice**, as to **All Causes of Action Against All Defendants**, pursuant to **F.R.C.P. 41(a)(1)**.

Each party to bear their own costs and fees.

**IT IS SO ORDERED:**

DATED:  JUNE 26, 2026



HON. ANNE HWANG
United States District  Judge

---

2

**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**